**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 21, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00396-CV

### IN RE VN PRINTING COMPANY, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
270th District Court
Harris County, Texas
Trial Court Cause No. 2010-03463

## MEMORANDUM OPINION

On May 7, 2013, relator VN Printing Company filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Brent

Gamble, presiding judge of the 270th District Court of Harris County, to vacate his order requiring the plaintiffs' depositions to be taken via the internet.

Relator has not established entitlement to the extraordinary relief of writ of mandamus. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Brown, Christopher, and McCally.

2